**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| **CHARLES WORKMAN** ) | |
| ) | |
| ) | Case No. **1:25-cv-2406** |
| v. ) | |
| ) | Corporate Disclosure Statement |
| **THE LUBRIZOL CORPORATION, et al.** ) | in a Civil Case |
| ) | |

  Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(b): Any nongovernmental corporate party or any nongovernmental corporation that seeks to intervene in a case must file a corporate disclosure statement identifying the following: (a) Any parent, subsidiary, or affiliate corporation; (b) Any publicly held corporation that owns 10% or more of the party's stock; and (c) Any publicly held corporation or its affiliate that has a substantial financial interest in the outcome of the case by reason of insurance, a franchise agreement or indemnity agreement. A corporation is an affiliate for purposes of this rule if it controls, is under the control of, or is under common control with a publicly owned corporation. A party must file the statement upon the filing of a complaint, answer, motion, response, or other pleading in this Court, whichever occurs first. The obligation to report any changes in the information originally disclosed continues throughout the pendency of the case.

  In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

 **Defendant Lubrizol Advanced Materials, Inc.**                .

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?
  __X__ Yes  _____ No.

  If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:
  **Lubrizol Advanced Materials, Inc. is a wholly owned subsidiary of Lubrizol Advanced Materials International, LLC, which is a wholly owned subsidiary of Lubrizol Overseas Trading Corporation, a wholly owned subsidiary of The Lubrizol Corporation, a wholly owned subsidiary of Berkshire Hathaway, Inc., a publicly traded corporation.**

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome? _____ Yes  __X__ No.

  If the answer is Yes, list the identity of such corporation and the nature of the financial interest:

3. Identify the citizenship of every individual or entity whose citizenship is attributed to the party or intervenor on whose behalf this Corporate Disclosure Statement is being filed:

**Lubrizol Advanced Materials, Inc. is a corporation organized under the laws of the State of Delaware and maintains a principal place of business in Cuyahoga County, Ohio.**

_____          November 6, 2025
(Signature of Counsel)                                              _____
                                                                                    (Date)

Last Revised: 12/1/22